UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 08-cr-109-01-JD

<u>Cedric Ross</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 18) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            *__Joseph A. DiClerico, Jr.__*
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: March 5, 2009

cc:  Terry L. Ollila, AUSA
     Jonathan R. Saxe, AFD
     U.S. Marshal
     U.S. Probation