```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                      Criminal No. 08-cr-109-01-JD

Cedric Ross


O R D E R

The assented to motion to reschedule jury trial (document no. 21) filed by defendant is granted.   Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.


                                                ***Joseph A. DiClerico, Jr.***
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

Date:  May 15, 2009


cc: Jonathan R. Saxe, AFD
    Terry L. Ollila, AUSA
    U.S. Marshal
    U.S. Probation