```
             UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                        Criminal No. 08-cr-109-01-JD

Cedric Ross


## O R D E R

The assented to motion to reschedule jury trial (document no. 24) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              ***Joseph A. DiClerico, Jr.***
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  July 17, 2009


cc:   Jon Saxe, AFD
      Terry Ollila, AUSA
      U.S. Marshal
      U.S. Probation